```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TERELLE LEWIS, et al.                                       :
                                                            :
                                  Plaintiffs,               :
                                                            :      20-CV-8449 (VSB)
                -against-                                   :
                                                            :          ORDER
HALE AND HEARTY SOUPS, LLC, et al.                          :
                                                            :
                                  Defendants.               :
                                                            :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2021

VERNON S. BRODERICK, United States District Judge:

It has been brought to my attention that the parties to this action have reached a settlement as to all issues. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:   August 16, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge